George PORTER, Jr., Respondent–
Appellee,

v.

ATTORNEY GENERAL, State of Flor-
ida, Secretary, Dept. of Corrections,
Petitioners–Appellants.

No. 07–12976.

United States Court of Appeals,
Eleventh Circuit.

Jan. 14, 2010.

Kenneth Sloan Nunnelley, Dept. of Le-
gal Affairs, Daytona Beach, FL, for Peti-
tioners–Appellants.

Linda McDermott (Court–Appointed),
McClain & McDermott, P.A., Wilton Man-
ors, FL, for Porter.

ON REMAND FROM THE SU-
PREME COURT OF THE UNITED
STATES

Before CARNES, WILSON and
PRYOR, Circuit Judges.

PER CURIAM:

Porter's application for a writ of habeas
corpus was granted by the District Court.
We reversed. *Porter v. Att'y Gen.,* 552
F.3d 1260, 1262 (11th Cir.2008) (per cu-
riam). The Supreme Court granted cer-
tiorari, reversed our decision, and remand-
ed for further proceedings consistent with
its opinion. *Porter v. McCollum,* 558 U.S.
——, 130 S.Ct. 447, 456, —— L.Ed.2d ——
(2009) (per curiam.).

Accordingly, the judgment of the Dis-
trict Court is affirmed, and the case is
remanded to the District Court for pro-

ceedings consistent with the opinion of the
Supreme Court.

AFFIRMED.